IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE L. PORTALATIN, | : | CIVIL ACTION |
| | : | NO. 14-3011 |
| v. | : | |
| WARDEN SCI CAMPHILL, ET AL., | : | |

**O R D E R**

**AND NOW**, this **8th** day of **July, 2014,** upon review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 3), it is **ORDERED** as follows:

(1)  the Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

(2)  The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED and DISMISSED with prejudice;**

(3)  A Certificate of Appealability shall not issue; and

(4)  The Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**

---

[1]  Objections to a magistrate judge's proposed report and recommendation may be filed within fourteen days after service of a copy thereof. See Local Civ. R. 72.1(IV)(b). No objections were filed in this case.